NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE: INN AT ST. JOHN'S, LLC,
*Appellant*

---

## 2018-2236

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 87075988.

---

## JUDGMENT

---

JUSTIN BAGDADY, Bodman PLC, Ann Arbor, MI, argued for appellant. Also represented by SUSAN KORNFIELD, MICHAEL SERRA.

MARY BETH WALKER, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Andrei Iancu. Also represented by BENJAMIN T. HICKMAN, CHRISTINA J. HIEBER, AMY KERTGATE, THOMAS W. KRAUSE, JOSEPH MATAL, COKE MORGAN STEWART.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, TARANTO, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

September 13, 2019
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court